UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SAMMIE E. KIM,

Plaintiff,

v.

T-MOBILE USA, INC.,

Defendant.

Case No.: 2:26-cv-01755-JHC

**STIPULATED MOTION AND ORDER FOR BRIEFING SCHEDULE FOR DEFENDANT'S RULE 12 MOTION**

Noted for Consideration:
July 20, 2026

Plaintiff Sammie E. Kim and Defendant T-Mobile USA, Inc. have conferred concerning the briefing schedule on Defendant's Motion to Dismiss (Dkt. 9). The Parties have agreed to the following modification of Local Civil Rule 7(d) with respect to the motion pending:

1. The Motion to Dismiss is noted for consideration on August 14, 2026. The date on which that motion is to be considered shall be extended to forty-nine days after the date it was filed, *i.e.*, **September 4, 2026**.

2. Plaintiff's response to the Motion to Dismiss shall be filed and received by Defendant no later than thirty-five days after the date on which the motion was originally filed, *i.e.*, **August 21, 2026**.

3. Defendant's reply in support of its Motion to Dismiss shall be filed and received by Plaintiff no later than forty-nine days after the date on which the motion was originally filed, *i.e.*, **September 4, 2026**.

The Parties hereby respectfully request that the Court enter an order memorializing this briefing schedule.

DATED this 20th day of July, 2026.

STOKES LAWRENCE, P.S.

By: [signature]
Sean Russel (WSBA #34915)
Helen McFarland 51012
1420 Fifth Avenue, Suite 3000
Seattle, WA 98101-2393
Telephone: (206) 626-6000
Fax: (206) 464-1496
Sean.Russel@stokeslaw.com
Helen.McFarland@stokeslaw.com

CM LAW, LLP

By: */s/ Caroline Morgan*
Caroline A. Morgan (*pro hac vice forthcoming*)
Mishell B. Kneeland (*pro hac vice forthcoming*)
National Litigation Support Center
13101 Preston Road, Ste. 110-1510
Dallas, Texas 75240
(917) 635-4940
CMorgan@cm.law
MKneeland@cm.law

*Attorneys for Defendant T-Mobile USA, Inc.*

By: */s/ Sammie E. Kim*
Sammie E. Kim
1565 Center Ave., Apt. 2D
Fort Lee, NJ 07024
Telephone: (551) 245-1317
ler.defects.audit@pm.me

*Pro Se Plaintiff*

**ORDER**

This matter came before the Court on the Parties' stipulated motion for a briefing schedule for the Defendant's Motion to Dismiss. Having reviewed and considered the files and pleadings in this case, the Court hereby ORDERS as follows:

The date on which Defendant's Motion to Dismiss shall be considered is hereby EXTENDED from August 14, 2026, to September 4, 2026. Plaintiff shall file responsive briefing no later than thirty-five days after the date on which Defendant filed its Motion to Dismiss, *i.e.*, no later than August 21, 2026. Defendant shall file its reply brief no later than forty-nine days after the date on which it filed its Motion to Dismiss, *i.e.*, no later than September 4, 2026. This order does not alter or modify the Local Civil Rules except as specifically set forth herein.

The Court DIRECTS the Clerk to re-note the motion to dismiss at Dkt. # 9 for September 4, 2026.

DATED this 20th day of July, 2026.

John H. Chun
United States District Judge