UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

SAMMIE E. KIM,

Plaintiff,

v.

T-MOBILE USA, INC.,

Defendant.

Case No.: 2:26-cv-01755-JHC

**ORDER**

This matter comes before the Court on Plaintiff's Motion for Leave to File Limited Second Amended Complaint. Dkt. # 19. The Court has considered the materials filed in support of and in opposition to the motion, the rest of the file, and the governing law. Being fully advised, for the reasons presented by Defendant at Dkt. # 21, the Court DENIES the motion without prejudice.

Plaintiff may move for leave to file a second complaint by November 11, 2026. The Court cautions Plaintiff to carefully review Defendant's brief at Dkt. # 21 to avoid deficiencies. The Court DIRECTS the Clerk to re-note the motion to dismiss at Dkt. # 9 for November 11, 2026.

//

//

DATED this 21st day of October, 2026.

John H. Chun
United States District Judge